IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23CR00376-001FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ARTURO BARCENAS-GONZALEZ, ) | |
| ) | WITHDRAWAL OF WRIT OF |
| Defendant. ) | GARNISHMENT |
| ) | |
| v. ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Garnishee. ) | |

On March 19, 2025, a Writ of Garnishment was issued in this case [D.E. 48], based on an Application for Writ of Garnishment filed by the United States of America on March 18, 2025 [D.E. 42]. The United States of America has now withdrawn its Application for Writ of Garnishment and requested that the Writ be withdrawn. The Writ of Garnishment filed in this matter is hereby withdrawn and is of no further legal consequence.

This __8__ day of July, 2025.

PETER A. MOORE, JR.
Clerk, U. S. District Court