IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-376-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ARTURO BARCENAS GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to quash, modify, or stay writ of execution (DE 69). The court DIRECTS the government to file response to this motion within **14 days** of entry of this order. In addition, the court STAYS all further enforcement of the writ of execution (DE 66) pending ruling on defendant's motion, which includes but is not limited to any efforts to sell of the property located at 91 Travelers Drive, Middlesex, NC 27557. The government is DIRECTED to provide copies of this order to relevant personnel with the United States Marshals Service.

SO ORDERED, this the 27th day of May, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge